**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 05-1550

CLARENCE MOORE,

Plaintiff - Appellant,

versus

COMMONWEALTH OF VIRGINIA,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.   James R. Spencer, Chief District Judge. (CA-05-284-3)

Submitted: July 14, 2005                Decided: July 22, 2005

Before WILKINSON, LUTTIG, and MOTZ, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Clarence Moore, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Clarence Moore appeals the district court's orders dismissing his civil action against the Commonwealth of Virginia, denying his motion for reconsideration, and denying his request for mandamus relief. We have reviewed the record and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for the reasons stated by the district court. See Moore v. Virginia, No. CA-05-284-3 (E.D. Va. Apr. 25, 2005; Apr. 29, 2005; May 6, 2005). We dispense with oral argument because the facts and legal issues are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED